IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **HENRY DONALD** | § | |
| | § | |
| **VS.** | § | **CIVIL NO. 4:23-CV-1147-P** |
| | § | |
| **BRIDGECREST** | § | |

## ORDER RECOMMENDING DISMISSAL
## AND RETURNING CASE TO DISTRICT JUDGE

On November 13, 2023, *pro se* Plaintiff Henry Donald filed a complaint in the above-styled

and numbered cause. Thereafter, on November 13, 2023, the Court granted Plaintiff's Motion to

proceed in forma pauperis and entered an Order Directing Plaintiff to File a Form Amended

Complaint, no later than November 20, 2023. In the Court's Order, the Court explained the

deficiencies in the Complaint and Ordered Plaintiff to file an Amended Complaint that met the

requirements set forth in the Court's order. As of the date of this order, Plaintiff has wholly failed

to comply with the Court's November 13, 2023 Order by filing an Amended Complaint.

Consequently, the Court **RECOMMENDS** that the above-styled and numbered case be

**DISMISSED** for failing to comply with the Court's orders.[1]

## NOTICE OF RIGHT TO OBJECT TO PROPOSED
## FINDINGS, CONCLUSIONS AND RECOMMENDATION
## AND CONSEQUENCES OF FAILURE TO OBJECT

Under 28 U.S.C. § 636(b)(1), each party to this action has the right to serve and file specific

written objections in the United States District Court to the United States Magistrate Judge's

proposed findings, conclusions and recommendation within fourteen (14) days after the party has

been served with a copy of this document. The United States District Judge need only make a *de*

*novo* determination of those portions of the United States Magistrate Judge's proposed findings,

---

[1] The Court notes that, based on the original complaint, this Court lacks subject matter jurisdiction.

conclusions and recommendation to which specific objection is timely made. *See* 28 U.S.C. § 636(b)(1). Failure to file, by the date stated above, a specific written objection to a proposed factual finding or legal conclusion will bar a party, except upon grounds of plain error or manifest injustice, from attacking on appeal any such proposed factual findings and legal conclusions accepted by the United States District Judge. *See Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending time to file objections from ten to fourteen days).

<u>**ORDER**</u>

Under 28 U.S.C. § 636, it is hereby **ORDERED** that each party is granted **until December 5, 2023,** to serve and file written objections to the United States Magistrate Judge's proposed findings, conclusions and recommendation. It is further **ORDERED** that if objections are filed and the opposing party chooses to file a response, the response shall be filed within seven (7) days of the filing date of the objections.

It is further **ORDERED** that the above-styled and numbered action, previously referred to the United States Magistrate Judge for findings, conclusions and recommendation, be and hereby is returned to the docket of the United States District Judge.

SIGNED November 21, 2023.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE